UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

THE DAISY GROUP
DBA THE DAISY GROUP LTD

Debtors.

Chapter 7

Case No. 01-12845 ALG

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 83 | Better Methods Alexander<br>1200 Madison Avenue<br>Paterson, NJ 07503 | $4,140.00 | $4,140.00 |
| 22 | Kiss Kiss Fashion<br>107-24 37th Avenue<br>Corona, NY 11368 | $2,318.28 | $141.87 |
| 24 | SCOTT TAG & LABEL<br>226 WEST 37TH STREET<br>NEW YORK, N. 10018 | $2,395.34 | $146.59 |
| 25 | Alkahn<br>111 West 40th Street<br>New York, NY 10018 | $15,772.62 | $965.23 |
| 32 | Modeani of New York Inc.<br>214 West 39th Street<br>New York, NY 10018 | $11,670.00 | $714.17 |
| 34 | TOP THREE SPORTSWEAR<br>11 EAST BROADWAY, 13TH FLOOR<br>NEW YORK, NY 10038 | $41,327.76 | $2,529.13 |
| 35 | LUCKY "T" FASHION INC.<br>28 Crosby Street<br>New York New, Yo 10013 | $4,356.00 | $266.57 |
| 37 | Westwood LLC<br>105 Corporate Park Drive, #215<br>White Plains, NY 10604 | $18,325.50 | $1,121.46 |
| 50 | Paxar Corporation<br>P.O. Box 101726<br>Atlanta, GA 30392 | $964.89 | $59.05 |
| 57 | WAF Group Ltd/Tyco Plastics<br>30-10 Review Avenue<br>Long Island City, NY 11101 | $95,279.21 | $5,830.78 |

| | | | |
|---|---|---|---|
| 60 | AVERY DENNISON PRINTER SYSTEMS<br>7722 DUNGAN ROAD<br>PHILADELPHIA, PA 19111 | $948.70 | $58.06 |
| 62 | Golden Triangle Inc.<br>22 Howard Street, 3rd Floor<br>New York, NY 10013 | $5,780.54 | $353.75 |
| 69 | U.S. Label<br>2118 Enterprise Road<br>Greensboro, NC 27408 | $6,480.88 | $396.61 |
| 79 | WAF GROUP LTD/TYCO PLASTICS A&E<br>PRODUCTS GROUP L.P.<br>GATEWAY PLAZA, 1 HARMON MEADOW Blvd.<br>4th FL.<br>SECAUCUS, NJ 07094 | $15,265.72 | $934.21 |
| 83 | Better Methods Alexander<br>1200 Madison Avenue<br>Paterson, NJ 07503 | $6,180.00 | $378.20 |

**TOTAL UNCLAIMED DIVIDENDS:**  $    <u>18,035.68</u>

Dated: May 11, 2006

*(signature)*
ROY BABITT
Trustee
1251 AVE OF THE AMERICAS, 43RD FLOOR
NEW YORK, NY 10020-1182
(212) 278-1874