UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 7 |
| DAISY GROUP<br>DBA THE DAISY GROUP LTD | Case No. 01-12845 SCC |
|  | **STATEMENT OF<br>UNCLAIMED DIVIDENDS** |
| Debtors. |  |

| Claim No. | Creditor<br>Name and Address | Amount<br>Allowed | Dividend |
|---|---|---|---|
| 100 | Star Graphics/Star Narrow<br>1109 Grand Avenue<br>North Bergen, NJ 07047 | $122.00 | $4.58 |
| 110 | NYS Department of Tax & Finance<br>Bankruptcy Assignment Unit, PO Box 5300<br>Albany, NY 12205-0300 | $50.00 | $1.88 |

**TOTAL UNCLAIMED DIVIDENDS:**                                   $         6.46

Dated:  October 6, 2011

/s/Roy Babitt
Roy Babitt, Trustee
Trustee
156 West 56th Street
New York, NY  10019
(212) 237-1211